IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ALCARAZ,<br><br>        Plaintiff,<br><br>  vs.<br><br>WACHOVIA MORTGAGE FSB, et al,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 08-1640 LJO SMS<br><br>**ORDER ON DEFENDANTS' F.R.Civ.P 12 MOTIONS TO DISMISS AND TO STRIKE**<br>(Docs. 6, 7.) |

On December 12, 2008, defendants Wachovia Mortgage, FSB and Golden West Savings Association Service Co. (collectively "defendants") filed their F.R.Civ.P. 12(b)(6) motion to dismiss and F.R.Civ.P. 12(f) motion to strike. On December 14, 2008, plaintiff Catalina Alcaraz ("plaintiff") filed her motion for preliminary injunction. To preserve the Court's and parties' resources, this Court elects to address first the preliminary injunction motion. To that end, this Court VACATES the January 12, 2008 hearing on defendants' F.R.Civ.P. 12(b)(6) and 12(f) motions and will reset the briefing schedule and hearing, as necessary, after determination of the motion for preliminary injunction. Plaintiff need not respond to defendants' F.R.Civ.P. 12(b)(6) and 12(f) motions until this Court so orders. Plaintiff's motion for preliminary injunction remains as currently set.

    IT IS SO ORDERED.

    **Dated:   December 15, 2008**           /s/ Lawrence J. O'Neill

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28