# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA ALCARAZ, | CASE NO. CV F 08-1640 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 19.) |
| WORLD SAVINGS BANK, FSB, et al., | |
| Defendants. | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters, including the February 26, 2009 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 12, 2009**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE